IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ALVIN V. LUCKETT, JR.,** **PLAINTIFF**

**V.** **NO. 4:07CV083-P-D**

**CHRIS EPPS, ET AL.,** **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice pursuant to Rule 4l(b), Federal Rules of Civil Procedure, for failure to comply with an order of the court and for failure to prosecute.

**IT IS SO ORDERED**.

THIS the 19th day of July, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE