IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALVIN V. LUCKETT, JR.                                       PLAINTIFF

v.                                   NO. 4:07CV83-P-D

CHRIS EPPS, ET AL.                                         DEFENDANTS

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated October 5, 2007, and the October 17, 2007, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated October 5, 2007, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That defendants Chris Epps, Lawrence Kelly, and Dwight Presley are hereby **DISMISSED** with prejudice.

3. That the plaintiff's claims against the remaining defendants shall **PROCEED**.

THIS, the 30th day of November, 2007.

                                                                 /s/ W. Allen Pepper, Jr.
                                                                  W. ALLEN PEPPER, JR.
                                                                  UNITED STATES DISTRICT JUDGE