IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALVIN V. LUCKETT, JR.                                                                              PLAINTIFF

V.                                                               CIVIL ACTION NO.4:07CV83-WAP-JAD

CHRIS EPPS, et al.                                                                               DEFENDANTS

REPORT AND RECOMMENDATION

The undersigned *sua sponte* recommends that the defendants Charles Westmoreland and Jebecca Triplett be dismissed from the action for the failure of the plaintiff to prosecute and for failure to obey the order of the court. The *Spears* hearing in this action was held on September 26, 2007. On February 7, 2008, the court entered its order requiring the plaintiff to provide addresses for these defendants so that process could be served upon them. As recited by that order, the Mississippi Department of Corrections has already provided a last known address. Attempts to serve the defendants at the post office addresses provided was unavailing. The plaintiff was ordered to provide an address for each defendant within fourteen days of the order. He was specifically warned that failure to comply could result in dismissal of the action against these defendants. Plaintiff acknowledged receipt of the order on February 18, 2008. He has not provided addresses for the defendants Westmoreland or Triplett, nor otherwise responded to the order of the court.

The undersigned recommends that the defendants Charles Westmoreland and Jebecca Triplett be dismissed due to the plaintiff's failure to prosecute the claim against them and for failure to comply with the order of the court.

The parties are referred to 28 U.S.C. 636(b)(1) and Local Rule 72.1(C) for the appropriate procedure in the event any party desires to file objections to these findings and recommendations. Objections are required to be in writing and must be filed within ten days of this date. Failure to file

written objections to the proposed finding and recommendations contained in this report within ten days from the date of filing will bar an aggrieved party from challenging on appeal both the proposed factual findings and the proposed legal conclusions accepted by the district court *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

Plaintiff is directed to acknowledge receipt of this report and recommendation by signing the enclosed acknowledgment form and returning it to the court within ten days of this date. Plaintiff is warned that failure to comply with the requirements of this paragraph may lead to the dismissal of this lawsuit under F.R.Civ.P. 41(b) for failure to prosecute and for failure to comply with an order of the court.

This the 18th day of March, 2008.

/s/ JERRY A. DAVIS
UNITED STATES MAGISTRATE JUDGE