IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ALVIN V. LUCKETT, JR.                                                                        PLAINTIFF

v.                                                                                          NO. 4:07CV83-P-D

CHRISTOPHER EPPS, ET AL.                                                                    DEFENDANTS

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated March 18, 2008, and the March 25, 2008, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 18, 2008, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That defendants Charles Westmoreland and Jebecca Triplett are hereby **DISMISSED** from this case due to the plaintiff's failure to prosecute his claims against them and for failure to comply with an order of the court.

3. That the plaintiff's claims against the remaining defendants shall proceed.

THIS, the 2nd day of May, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE